**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Timothy Cahill and Laura Cahill, | ) | Chapter: 7 |
| | ) | |
| | ) | Case No: 12 B 29352 |
| | ) | |
| Debtors. | ) | Judge: Donald R. Cassling (Wheaton) |
| | ) | |

**NOTICE OF MOTION TO CONVERT TO CHAPTER 13**

TO: See attached service list

PLEASE TAKE NOTICE THAT ON **Friday, September 14, 2012 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge Donald R. Cassling, or any Judge sitting in his stead, in **Courtroom 4016** of the DuPage County Courthouse, 505 North County Farm Road, Wheaton, Illinois, the attached Motion to Convert to Chapter 13, at which time you may appear as you deem necessary.

Joshua D. Greene
**SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC.**
Wheaton Executive Center
400 South County Farm Rd., Suite 330
Wheaton, Illinois 60187

**CERTIFICATE OF SERVICE**

I, Joshua D. Greene, an attorney, on oath state that I caused to be served this Notice of Motion and Motion to Convert by electronic service and by mailing a copy to all parties shown by depositing same in the U.S. Mail at 400 S. County Farm Rd., Wheaton, Illinois before 5:45 p.m. on September 7, 2012 with proper postage prepaid.

____/s/Joshua D. Greene/s/____
Joshua D. Greene

**Service List**

*Via Electronic Service*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Brenda Porter Helms, ESQ
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

*Via United States Mail*

Timothy and Laura Cahill
411 Ford Lane
Bartlett, IL 60103

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Timothy Cahill and Laura Cahill, | ) | Chapter: 7 |
| | ) | |
| | ) | Case No: 12 B 29352 |
| | ) | |
| Debtors. | ) | Judge: Donald R. Cassling (Wheaton) |
| | ) | |

**MOTION TO CONVERT TO CHAPTER 13**

NOW COMES the Debtors, Timothy and Laura Cahill by and through counsel, SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC.**,** and moves this Honorable Court for the entry of an Order converting this Chapter 7 case to one under Chapter 13, and in support thereof respectfully states as follows:

1. The above captioned Chapter 7 proceeding was initiated by the voluntary petition filing for same on July 25, 2012.

2. Due to a potential U.S. Trustee Motion to Dismiss, Debtors now wish to convert the case to one arising under Chapter 13 of the Bankruptcy Code.

3. Pursuant to Section 706 of the Bankruptcy Code, "The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title." 11 U.S.C. § 706(a).

4. This case has not previously been converted under any section of the Bankruptcy Code.

**WHEREFORE,** the Debtors, Timothy and Laura Cahill, request that this court enter an order converting this matter to one under Chapter 13 of the Bankruptcy Code, and for any such other and further relief as this Court deems just and equitable.

Respectfully Submitted,
Timothy and Laura Cahill

By: ___/s/Joshua D. Greene/s/_______
One of their attorneys

Joshua D. Greene
**Springer, Brown, Covey, Gaertner & Davis, LLC.**
Wheaton Executive Center
400 South County Farm Rd., #330
Wheaton, Illinois 60187
Phone: (630) 510-0000
Fax: (630) 510-0004