B6J (Official Form 6J) (12/07)

In re Timothy R Cahill
Laura E Cahill
Debtor(s)

Case No. 12-29352

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,000.00 |
| a. Are real estate taxes included? Yes ___ No X | |
| b. Is property insurance included? Yes ___ No X | |
| 2. Utilities: a. Electricity and heating fuel | $ 325.00 |
| b. Water and sewer | $ 50.00 |
| c. Telephone | $ 125.00 |
| d. Other Cell Phones | $ 230.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 700.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 40.00 |
| 7. Medical and dental expenses | $ 700.00 |
| 8. Transportation (not including car payments) | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 980.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 140.00 |
| e. Other See Detailed Expense Attachment | $ 405.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) Husband Estimated Taxes | $ 4,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other See Detailed Expense Attachment | $ 3,166.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 13,611.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 15,581.74 |
| b. Average monthly expenses from Line 18 above | $ 13,611.00 |
| c. Monthly net income (a. minus b.) | $ 1,970.74 |

B6J (Official Form 6J) (12/07)

In re Timothy R Cahill
Laura E Cahill

Debtor(s)

Case No. 12-29352

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

## Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| Disability | $ | 295.00 |
| Insurance on Antioch Property | $ | 110.00 |
| **Total Other Insurance Expenditures** | $ | 405.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| Mortgage for Antioch Property | $ | 1,416.00 |
| Child Care | $ | 700.00 |
| Husband IRA | $ | 300.00 |
| Vehicle Maintenance | $ | 50.00 |
| Husband Business Expenses | $ | 700.00 |
| **Total Other Expenditures** | $ | 3,166.00 |