


OFFICE OF GLENN B STEARNS
CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD, SUITE 650
LISLE, IL 60532-4350
PHONE: (630) 981-3888 FAX: (630) 981-3896

September 21, 2017

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE: Turnover of Unclaimed Chapter 13 Funds
Date: 09/21/17
Amount: $18,615.96
Check: #6346237, #6346238, #6346239 & #6346240

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property, Exhibit A, and checks #6346237, #6346238, #6346239 & #6346240 in the amount of $18,615.96.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the checks.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 6856.

Thank you for your assistance.

Sincerely yours,

Louise Karmia

Louise Karmia
Accountant
For Glenn Stearns, Trustee

Enclosures

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check numbers #6346237. #6346238, #6346239 and #6346240 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee

9/21/17

Check # 6346237

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 13-44671 | Anderson, Randy P<br>Anderson, Doreen L | Randy P & Doreen L Anderson<br>1131 Anderson Road<br>Elburn IL 60119 | $1,201.18 | Check #6343461 & #6343461 not presented within 60 days. |
| 02) | 13-47027 | Plymire, Mickey L<br>Plymire, Linda K | Mickey L & Linda K Plymire<br>PO Box 87<br>Ransom IL 60470 | $0.08 | Check #6341205 not presented within 60 days under $25.00. |
| 03) | 14-25769 | Nevarez, Lorenzo | Lorenzo Nevarez<br>330 Hoxie Ave<br>Elgin IL 60123 | $12.11 | Check #6341946 not presented within 60 days under $25.00. |
| 04) | 14-30881 | Posnack, Leonard | Leonard Posnack<br>802 Horsehoe Circle<br>Wauconda IL 60084 | $760.80 | Check #6341933 returned undeliverable debtor is deceased. |
| 05) | 15-03140 | Tackebury, Laura M<br>Tackebury, Michael C | Laura M & Michael C Tackebury<br>414 129th Infantry Drive<br>Joliet IL 60435 | $31.97 | Check #6339630 & #6342597 not presented within 60 days and returned bad address unable to locate debtor. |
| 06) | 15-17301 | Carroll, Charis J | Charis J Carroll<br>1905 Tall Oaks Drive Unit 3609<br>Aurora IL 60505 | $10.33 | Check #6343464 not presented within 60 days under $25.00. |
| 07) | 15-38024 | Messel, Andree J | Andree J Messel<br>455 W Division Street Apt #202<br>Coal City IL 60416 | $4.26 | Check #6342671 not presented within 60 days under $25.00. |
| 08) | 16-19214 | Bradin, Terrance | Terrance Bradin<br>1856 Asbury Circle Drive Apt #207<br>Joliet IL 60435 | $9.52 | Check #6341922 not presented within 60 days under $25.00. |
| 09) | 16-21963 | White, Alfred J | Alfred J White<br>1703 E Washington Street<br>Joliet IL 60433 | $12.49 | Check #6344144 returned undeliverable under $25.00. |
| 10) | 16-28210 | Rejeki, Rehulina | Rehulina Rejeki<br>2315 Warm Springs Court<br>Naperville IL 60564 | $18.50 | Check #6341921 not presented within 60 days under $25.00. |
| | | | | $2,061.24 | |

CF 9/20/17

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

Check #6346238

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 12-19155 | Bunch, Lisa D | Lisa D Bunch<br>200 Dittmer Lane Apt 2C<br>Lindenhurst IL 60046 | $0.90 | Check #6343395 not presented within 60 days under $25.00. |
| 02) | 12-45063 | Falcon Jr, Raul<br>Falcon, Leticia M | Raul & Leticia M Falcon Jr<br>1622 Partridge Court<br>Round Lake Beach IL 60073 | $1.00 | Check #6342353 not presented within 60 days under $25.00. |
| 03) | 13-05214 | Bradley Jr, James E<br>Bradley, Sheila | James E & Sheila Bradley Jr<br>1901 Sunshine Lane<br>Zion IL 60099 | $2.31 | Check #6342695 not presented within 60 days under $25.00. |
| 04) | 13-22250 | Codina, Bernardo<br>Codina, Terry D | Bernardo & Terry D Codina<br>405 Anthony Court<br>Oswego IL 60543 | $2.50 | Check #6342682 not presented within 60 days under $25.00. |
| 05) | 13-32807 | Beltran, Jesus | Jesus Beltran<br>2037 18th Ave #12<br>Melrose Park IL 60160 | $6.10 | Check #6343402 not presented within 60 days under $25.00. |
| 06) | 13-44671 | Anderson, Randy P<br>Anderson, Doreen L | Randy P & Doreen L Anderson<br>1131 Anderson Road<br>Elburn IL 60119 | $1,271.08 | Check #6343462 & #6343461 not presented within 60 days. |
| 07) | 14-02399 | Madura, Frank D<br>Madura, Michelle A | Frank D & Michelle A Madura<br>405 Cornella Street<br>Joliet IL 60434 | $2.86 | Check #6342711 not presented within 60 days under $25.00. |
| 08) | 14-14408 | Daniels, Laporcha L | Laporcha L Daniels<br>122 E State Street #2<br>North Aurora IL 60542 | $0.12 | Check #6342480 not presented within 60 days under $25.00. |
| 09) | 14-42939 | Procek, Patricia J | Patricia J Procek<br>6725 Woodridge Drive<br>Woodridge IL 60517 | $4.30 | Check #6342909 not presented within 60 days under $25.00. |
| | | | | $1,291.17 | |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

Check #6346239

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 12-03421 | Orona, Adam M | Adam M Orona<br>213 S Lincoln Street<br>Westmont IL 60559 | $115.08 | Check #6338381 & #6340698 not presented within 60 days. |
| 02) | 12-08355 | Ryan, Julie A | Julie A Ryan<br>2916 W Berwyn<br>Chicago IL 60625 | $7.50 | Check #6340592 not presented within 60 days under $25.00. |
| 03) | 12-12390 | Patton Jr, Jesse L | Jesse L Patton Jr<br>1542 Azalez Circle<br>Romeoville IL 60446 | $0.40 | Check #6340924 not presented within 60 days under $25.00. |
| 04) | 12-12681 | Harris, Jerry L | Jerry L Harris<br>PO Box 6139<br>Elgin IL 60121 | $160.00 | Check #6341908 & #6342625 not presented within 60 days. |
| 05) | 12-12681 | Harris, Jerry L | Jerry L Harris<br>PO Box 6139<br>Elgin IL 60121 | $440.00 | Check #6341908 & #6342625 not presented within 60 days. |
| 06) | 12-14634 | Stevens, Ronald G<br>Stevens, Jill I | Ronald G & Jill I Stevens<br>1136 Averill Drive<br>Batavia IL 60510 | $2.50 | Check #6341433 not presented within 60 days under $25.00. |
| 07) | 12-24562 | Minus, Allan L<br>Minus, Debra B | Allan L & Debra B Minus<br>PO Box 5405<br>Buffalo Grove IL 60089 | $41.11 | Check #6337560 & #6340696 not presented within 60 days. |
| 08) | 12-27227 | Malek, Rebecca | Rebecca Malek<br>PO Box 368<br>Winfield IL 60190 | $0.54 | Check #6342043 not presented within 60 days under $25.00. |
| 09) | 12-29923 | Kavanaugh, Michael J<br>Kavanaugh, Carolyn A | Michael J & Carolyn A Kavanaugh<br>121 N St Louis Street<br>Elwood IL 60421 | $2.31 | Check #6341152 not presented within 60 days under $25.00. |
| 10) | 12-32877 | Salazar, Lorena | Lorena Salazar<br>3A Kingery Quarter Unit 102<br>Willowbrook IL 60527 | $29.37 | Check #6338883 & #6341638 not presented within 60 days. |
| 11) | 12-33477 | Thelander, Kari F<br>Thelander, Jason D | Kari F & Jason D Thelander<br>2156 Hearthstone Ave<br>Yorkville IL 60560 | $72.48 | Check #6338338 & #6341637 not presented within 60 days. |
| 12) | 12-43469 | Grier, Gregory<br>Grier, Marjorie | Gregory & Marjorie Grieer<br>840 Cloverdale Lane<br>Bolingbrook IL 60440 | $0.49 | Check #6340763 not presented within 60 days under $25.00. |
| 13) | 12-43779 | Mashal, Michael Y | Michael Y Mashal<br>28W621 Hickory Lane<br>West Chicago IL 60185 | $2.66 | Check #6341736 not presented within 60 days under $25.00. |
| 14) | 13-06487 | Castillo, Darwin L | Darwin L Castillo<br>1920 Wallace Ave<br>North Chicago IL 60064 | $80.00 | Check #6339675 & #6342589 not presented within 60 days. |
| 15) | 13-08209 | Gallegos, Randall | Randall Gallegos<br>8800 S Harlem Ave #1102<br>Bridgeview IL 60455 | $55.30 | Check #6337039 & #6340694 not presented within 60 days. |
| 16) | 13-09312 | Gebhardt, Larry D<br>Gebhardt, Stacy L | Larry D & Stacy L Gebhardt<br>3150 Renard Lane<br>Saint Charles IL 60175 | $1.50 | Check #6341281 not presented within 60 days under $25.00. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 17) | 13-23896 | Kueber, Kevin P | Kevin P Kueber<br>1235 Grove Court<br>Lockport IL 60441 | $43.42 | Check #6338005 & #6339240 returned bad address unable to locate debtor. |
| 18) | 13-42924 | Vidal, Roberto<br>Avalos, Laura | Roberto Vidal & Laura Avalos<br>1741 Metropolitan Ave<br>Waukegan IL 60085 | $7.77 | Check #6342067 not presented within 60 days under $25.00. |
| 19) | 14-15954 | Zych, Pawel<br>Solak, Marzena | Pawel Zych & Marzena Solak<br>5N353 Neva Terrace<br>Itasca IL 60143 | $1.08 | Check #6340611 not presented within 60 days under $25.00. |
| 20) | 14-39657 | Chaidez, Alejandro | Alejandro Chaidez<br>425 Walnut Creek Lane #1405<br>Lisle IL 60532 | $128.61 | Check #6337556 & #6340689 not presented within 60 days. |
| 21) | 15-13769 | Rangel, Victor,<br>Rangel, Marina | Victor & Marina Rangel<br>100 Augusta Road<br>Oswego IL 60543 | $110.68 | Check #6339455 & #6342584 not presented within 60 days. |
| 22) | 16-26796 | Modacure, Undra | Undra Modacure<br>462 Seneca Lane<br>Bolingbrook IL 60440 | $586.04 | Check #6338608 & #6341631 not presented within 60 days. |
| 23) | 16-35254 | Romero, Shawnees M | Shawnees M Romero<br>1445 Walnut Creek Drive<br>Elgin IL 60123 | $8.66 | Check #6340707 not presented within 60 days under $25.00. |
| | | | | $1,897.50 | |



Check #6346240

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 12-01702 | Green, Tyrece A | Chicago Ave Garage<br>642 N Pulaski<br>Chicago IL 60624-2319 | $4.85 | Check #6340537 not presented within 60 days under $25.00. |
| 02) | 12-13304 | Hayes, Valerie A | Ya Chen<br>984 Ashbrook Cr<br>Boilingbrook IL 60440 | $440.86 | Check #61668170 & #6342971 not presented within 60 days. |
| 03) | 12-16357 | Trevino, Yvette P<br>Trevino, Lionel | Diverse Funding Assoc<br>% Brian S Glass PC<br>PO Box 59440<br>Chicago IL 60659 | $127.72 | Check #1666277 & #6343280 not presented within 60 days. |
| 04) | 12-18794 | Staniek, Margaret | Parkway Bank<br>% Christopher J Goluba PC<br>399 Wall Street #H<br>Glendale Heights IL 60139 | $69.67 | Check #1661794 & #1664160 not presented within 60 days. |
| 05) | 12-23374 | Spyrka, Peter C<br>Spyrka, Jolanda | Arthur B Adler & Assoc<br>11035 Mill Creek Way #107<br>Ft Myers FL 33913 | $78.91 | Check #1658977 & #1663911 not presented within 60 days. |
| 06) | 12-26147 | Spencer, Shawn D<br>Moore-Spencer, Charlotte L | A&S Collection Associates<br>PO Box 395<br>Williamstown VT 05679 | $769.36 | Check #1658788 returned bad address unable to locate creditor. |
| 07) | 12-27082 | Cureton, Leonard | Armed Forces Loans<br>6161 S Rainbow Blvd<br>Las Vegas NV 89118 | $19.61 | Check #1666158 not presented within 60 days under $25.00. |
| 08) | 12-27290 | Lazcon, Jose A<br>Lazcon, Aracell | JP Morgan Chase Bank NA<br>3415 Vision Drive Dept OH4 7142<br>Columbus OH 43219 | $885.70 | Check #1667004 & #6345834 returned will not accept funds-service transferred-transfer not filed. |
| 09) | 12-28022 | Schaffer, Lori | RW1 Investments<br>PO Box 331<br>Gilberts IL 60136 | $218.48 | Check #6342485 returned bad address unable to locate creditor. |
| 10) | 12-28072 | Van Puyenbroeck, Walter J<br>Van Puyenbroeck, Dolores A | Cardiac & Vascular Specialists<br>1435 N Randall Road #201<br>Elgin IL 60123 | $43.92 | Check #1670817 & #1664084 returned bad address unable to locate creditor. |
| 11) | 12-28072 | Van Puyenbroeck, Walter J<br>Van Puyenbroeck, Dolores A | Shah Medical Associates LLC<br>PO Box 967<br>Tinley Park IL 60477-0967 | $23.92 | Check #1672271 returned bad address unable to locate creditor. |
| 12) | 12-28072 | Van Puyenbroeck, Walter J<br>Van Puyenbroeck, Dolores A | Advanced Cardiology Consultants LTD<br>1710 N Randall Road #340<br>Elgin IL 60123-9405 | $51.54 | Check #1661356 returned undeliverable unable to locate creditor. |
| 13) | 12-28611 | Dimalanta, Rubirosa G | Weltman Weinberg & Reis Co<br>PO Box 93784<br>Cleveland OH 44101-5784 | $3,747.45 | Check #1538009 returned will not accept funds unable to locate creditor. |
| 14) | 12-29352 | Cahill, Timothy R<br>Cahill, Laura E | Mary & David Cunningham<br>11 S Wille #401<br>Mount Prospect IL 60056 | $1,992.70 | Check #1665043 returned undeliverable unable to locate creditor. |
| 15) | 12-38841 | Ziegler, Marcus H<br>Dawson, Sarah F | Debra A Stokovich DBA Suburban Mgmt<br>388 S St Marys Road<br>Libertyville IL 60048 | $1,155.51 | Check #1664335 & #1661976 not presented within 60 days. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 16) | 12-40216 | Friar, Tania L | RW1 Investments<br>PO Box 331<br>Gilberts IL 60136 | $765.97 | Check #1658274 returned bad address unable to locate creditor. |
| 17) | 12-40410 | Milton, Aquilla S | COMED Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace IL 60523 | $0.77 | Check #6342046 not presented within 60 days under $25.00. |
| 18) | 12-40585 | Aviles, Kylynn L | RW1 Investments<br>PO Box 331<br>Gilberts IL 60136 | $45.15 | Check #1663192 returned bad address unable to locate creditor. |
| 19) | 12-47366 | Vertin, William C<br>Vertin, Audrey L | Morris SNF Management LLC<br>PO Box 1667<br>Hickory NC 28603 | $68.23 | Check #6338160 & #6340682 not presented within 60 days. |
| 20) | 13-12267 | Stewart, Fredrick | Alliance Asset Mgmt<br>330 Georgetown Square #104<br>Wooddale IL 60191 | $59.88 | Check #1658843 & #1661387 returned bad address and not presented within 60 days unable to locate creditor. |
| 21) | 13-42401 | Wilson, Christopher M | Comenity Bank<br>% Quantum3 Group<br>PO Box 788<br>Kirkland WA 98083-0788 | $8.44 | Check #6340980 not presented within 60 days under $25.00. |
| 22) | 13-42401 | Wilson, Christopher M | Comenity Bank<br>% Quantum3 Group<br>PO Box 788<br>Kirkland WA 98083-0788 | $10.43 | Check #6340981 not presented within 60 days under $25.00. |
| 23) | 13-42401 | Wilson, Christopher M | City of Chicago Dept of Revenue<br>% Arnold Scott Harris<br>111 W Jackson Blvd #600<br>Chicago IL 60604 | $4.98 | Check #6340982 not presented within 60 days under $25.00. |
| 24) | 13-48826 | Kennison, Richard H | Illinois Dept of Employment Security<br>33 S State Street 10th Floor<br>Chicago IL 60603 | $6.85 | Check #1662342 not presented within 60 days under $25.00. |
| 25) | 14-19114 | Preston, Debra J | Heights Finance<br>1145 Essington Road<br>Joliet IL 60435 | $21.75 | Check #6342462 not presented within 60 days under $25.00. |
| 26) | 14-24611 | Peterson, Scott W<br>Peterson, Marilyn F | Spot On Loans<br>PO Box 6243<br>North Logan UT 84341 | $48.52 | Check #1648868 returned bad address unable to locate creditor. |
| 27) | 14-25683 | Gallegos, Dinorah | First Resolution Investment Corporation<br>5190 Neil Road #430<br>Reno NV 89502 | $974.87 | Check #1638289 returned bad address unable to locate creditor. |
| 28) | 14-36165 | Moffett, Barbara | Revenue Recovery Service<br>601 Carlson Pkwy #1050<br>Minnetonka MN 55305-5219 | $1,056.84 | Check #1598436 & #1601156 not presented within 60 days. |
| 29) | 15-19906 | McClintock, Thomas J<br>McClintock, Traci L | Waver Armstrong<br>% UIC Inc<br>1225 Channahon Road<br>Joliet IL 60436 | $297.97 | Check #1661040 & #1667911 not presented within 60 days. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 30) | 15-19906 | McClintock, Thomas J<br>McClintock, Traci L | Paul Etavard<br>729 E Main Street<br>Morris IL 60450-2318 | $365.20 | Check #1662978 & #1667492 not presented within 60 days. |
| | | | | $13,366.05 | |

GT
9/20/17